IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFF IVAN M.,[1] | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| NANCY A. BERRYHILL,<br>*Acting Commissioner of Social Security*, | ) ) ) |
| Defendant. | )  Civil Action No. 3:18-CV-1987-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that the administrative law judge's decision should be reversed and that this case should be remanded for further administrative proceedings. The parties have failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the administrative law judge's decision is **REVERSED** and this civil action is **REMANDED** for further administrative proceedings.

SO ORDERED this 15th day of August, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.